v.

**STATE of Missouri, Respondent.**

**No. 71422.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 29, 1997.

■

**Everlee HICKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 70986.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 29, 1997.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

## ORDER

## ORDER

PER CURIAM.

Everlee Hicks appeals from the motion court's judgment dismissing his Rule 24.035 motion after an evidentiary hearing.[1] He alleges the motion court erred when it denied the motion because the record clearly shows

---

[1]. This court remanded the original dismissal for an evidentiary hearing in *Hicks v. State,* 918

S.W.2d 385 (Mo.App. E.D.1996).